YESENIA SANTACRUZ (SBN 233132)
LAW OFFICE OF YESENIA SANTACRUZ
101 CALIFORNIA STREET, SUITE 2450
San Francisco, CA 94111
(415) 343-5949 Telephone
(415) 744-1177 Fax

Attorney for Debtors
William D Moran and
Graciela Vasquez

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>WILLIAM D MORAN<br><br>and<br><br>GRACIELA VASQUEZ<br><br><br>　　　Debtors | Case No.: 12-30439<br>Chapter 7<br><br>DEBTORS' MOTION TO DISMISS<br>CHAPTER 7 BANKRUPTCY CASE<br><br>Date: April 27, 2012<br>Place: U.S. Bankruptcy Court 235 Pine Street, 23rd Floor, San Francisco CA 94104<br>Time: 9:30 AM<br><br>Judge: Hon. Thomas E. Carlson |

　　COME NOW Debtor William D. Moran and Joint Debtor Graciela Vasquez (collectively referred to as "Debtors"), by and through their counsel, Yesenia M. Santacruz of Law Office of Yesenia Santacruz, pursuant to 11 U.S.C. §707(a), hereby move to dismiss the above captioned case for the following reasons:

　　1. A voluntary petition under Chapter 7 of the Bankruptcy Code was filed by Debtors on February 13, 2012.

2. The Debtors have realized that filing a Chapter 7 case is not in their best interest or that of their creditors. The Debtors filed this case shortly after receiving notice of a pending collections lawsuit in California Superior Court, County of Contra Costa. Already overburdened by numerous bills and multiple lawsuits, including a judgment which results in a weekly wage garnishment, Debtors saw no choice but to file an emergency petition on February 13, 2012. The Debtors subsequently filed the required schedules and forms. Debtors now believe they filed the bankruptcy petition prematurely.

3. Debtors assert they can resolve their financial affairs with their creditors without the aid of proceedings under the Bankruptcy Code. Debtors are current with their secured creditor and intend to resume payments for their unsecured debt as originally intended prior to the filing under the Chapter 7 Bankruptcy. Moreover, the Debtors have closed their sole proprietorship at the request of the trustee. Debtors have realized they are incurring additional financial harm by closing their business while the bankruptcy proceeding is pending.

4. No complaints objecting to discharge or to determine the dischargeability of any debt have been filed in this case.

5. The creditors will not be prejudiced by the dismissal of the Chapter 7 case. There is no presumption of abuse under 11 U.S.C. §707(b) and the case has been deemed a no asset case. All the assets have been identified on Schedule B of the Debtors' bankruptcy action and have all been claimed as exempt in Schedule C.

6. No creditor has requested relief form automatic stay.

WHEREFORE, the Debtors request dismissal of their Chapter 7 bankruptcy case without prejudice.

Date: 4/6/2012  /s/ Yesenia M. Santacruz
Yesenia Santacruz
Attorney for Debtors

2
MOTION TO DISMISS

Case: 12-30439    Doc# 24    Filed: 04/06/12    Entered: 04/06/12 23:39:39    Page 2 of 2