Signed and Filed: May 4, 2012

_____
**THOMAS E. CARLSON**
U.S. Bankruptcy Judge

YESENIA SANTACRUZ (SBN 233132)
LAW OFFICE OF YESENIA SANTACRUZ
101 CALIFORNIA STREET, SUITE 2450
San Francisco, CA 94111
(415) 343-5949 Telephone
(415) 744-1177 Fax

Attorney for Debtors
William D Moran and
Graciela Vasquez

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No.: 12-30439 |
| | Chapter 7 |
| WILLIAM D MORAN | |
| | **ORDER DISMISSING VOLUNTARY** |
| and | **PETITION** |
| GRACIELA VASQUEZ | |
| | Judge: Hon. Thomas E. Carlson |
| Debtors | |

    Pursuant to 11 U.S.C. §707(a) and Local Bankruptcy Rule 9014-1(b)(1), Debtors William Moran and Graciela Vasquez filed a motion to dismiss the voluntary petition for relief under chapter 7 of title 11 of the United States Code. Due Notice of this motion complied with Local Bankruptcy Rule 9014-1(b)(1). No request for hearing or opposition having been filed by any party in interest and after hearing held on April 27, 2012 at 9:30 a.m., the Court is of the opinion that dismissal of this case is in the best interest of the debtors and of his creditors. It is therefore

1
ORDER

ORDERED, ADJUDGED, AND DECREED:

1. That the voluntary petition for relief under chapter 7 of title 11 of the United States Code filed herein on February 13, 2012 be, and the same hereby is, dismissed without prejudice.

**END OF ORDER**

COURT SERVICE LIST

William Moran
385 Rolph Street
San Francisco, CA 94112

Graciela Vasquez
385 Rolph Street
San Francisco, CA 94112

3
ORDER